| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| David C. Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue,<br>San Diego, CA 92103 | (619) 858-____ | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: FILED<br>07 JUL 18 PM 3:2_<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

ROBERT McCARTHY

DEFENDANT:

TREVINO'S RESTAURANT, INC. ET AL

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER:<br>C 07-3262 CRB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Civil Case Cover Sheet, Scheduling Order, Order - Setting Case Management Conference, Standing Order - Judge Breyer, Standing Order - All Judges, ECF Registration

2. Party Served:           JUAN TREVINO 2000 LIVING TRUST

3. Person Served:          JUAN TREVINO, TRUSTEE

   a. Left with:           Estebon Rodriquez- Person in Charge of Office

4. Date & Time of Delivery:   July 9, 2007         11:20 am                    **BY FAX**

5. Address, City and State:   11795 SAN PABLO AVENUE
                              EL CERRITO, CA  94530

6. Manner of Service:      By leaving the copies with or in the presence of Estebon Rodriquez, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

**BY FAX**

47.00

Registered California process server.
County: ALAMEDA
Registration No.: 746
Expiration: July 14, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2007 at Oakland, California.

Signature: _Roderick Thompson_

Roderick Thompson

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| David C Wakefield, 185736<br>PINNOCK & WAKEFIELD, APC<br>3033 Fifth Avenue,<br>San Diego, CA 92103 | (619) 858-___'1 | |
| ATTORNEY FOR (Name)  Plaintiff | Ref. No. or File No.  none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF

ROBERT McCARTHY

DEFENDANT

TREVINO'S RESTAURANT, INC. ET AL

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV. | CASE NUMBER:<br>C 07-3262 CRB |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On July 17, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Complaint, Summons, Civil Case Cover Sheet, Scheduling Order, Order - Setting Case Management Conference, Standing Order - Judge Breyer, Standing Order - All Judges, ECF Registration

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

JUAN TREVINO 2000 LIVING TRUST
JUAN TREVINO, TRUSTEE
11795 SAN PABLO AVENUE
EL CERRITO, CA 94530

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

47.00

| | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2007 at Oakland, California. |
|---|---|
| Lee Major<br>One Legal, Inc.<br>504 Redwood Blvd #223<br>Novato, CA 94947 | *Lee Major* <br>Lee Major |

FF# 6643795