1 | **PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
2 | 3033 Fifth Avenue, Suite 410
San Diego, CA  92103
3 | Telephone: (619) 858-3671
Facsimile: (619) 858-3646
4 |
5 | Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY , | **Case No.:  C07-3262 CRB** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** |
| v. | |
| TREVINO'S RESTAURANT, INC.; JUAN TREVINO d.b.a. TREVINO'S RESTAURANT, INC.; JUAN TREVINO, JUAN TREVINO 2000 LIVING TRUST; And DOES 1 THROUGH 10, Inclusive | |
| Defendants. | [Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

///

1    Case Number: C 07-3262 CRB         )

Document Date: August 8, 2006

1  Plaintiff ROBERT MCCARTHY hereby gives Notice of his Voluntary Dismissal with
2  prejudice as to all Defendants and Plaintiff's Complaint in its entirety.  No Defendants officially
3  appeared in this action.  Plaintiff resolved this matter with the Defendants to their mutual
4  satisfaction.

**IT IS SO REQUESTED AND NOTICE GIVEN.**

Dated:  August 8, 2007                **PINNOCK & WAKEFIELD, A.P.C.**

                                By:    /S/ David C. Wakefield
                                       David C. Wakefield, Esq.
                                       Attorney for Plaintiff Robert McCarthy

2    Case Number: C 07-3262 CRB    )

Document Date: August 8, 2006